FILED
RICHARD W. NAGEL
CLERK OF COURT

2025 JAN 14 PM 3:36

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM GEBEL,<br><br>Defendant. | CASE NO. 1:25-cr-00004<br><br>JUDGE COLE<br><br>**INFORMATION**<br><br>18 U.S.C. § 2252A(a)(5)(B) and (b)(2)<br>Forfeiture Allegation |

**THE UNITED STATES ATTORNEY CHARGES**:

## COUNT 1
**(Possession of Child Pornography)**

On or about May 16, 2024, in the Southern District of Ohio, the Defendant, **WILLIAM GEBEL**, did knowingly possess a computer disk, and other material, to wit: a Mac Mini computer, iPad, and iPhone that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

**In violation of Title 18 United States Code, Sections 2252A(a)(5)(B) and (b)(2).**

KENNETH L. PARKER
UNITED STATES ATTORNEY

*Kyle J. Healey*
**KYLE J. HEALEY**
**ASSISTANT UNITED STATES ATTORNEY**